PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT (erroneously sued herein as Bay Area
Rapid Transit, A Municipal Corporation), P. CHEHAL,
AND T. MATTHEWS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>BAY AREA RAPID TRANSIT, A MUNICIPAL CORPORATION; AND IN THEIR OFFICIAL CAPACITY AS POLICE OFFICERS FOR BAY AREA RAPID TRANSIT,<br><br>Defendants. | Case No. 4:21-cv-00113-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>Hon. Donna M. Ryu<br><br>Trial Date: 5/1/2023 |

Plaintiff CYRUS GREENE, ("Plaintiff") and Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, P. CHEHAL, and T. MATTHEWS ("Defendants") by and through their counsels of record hereby respectfully request an extension of the close of expert discovery deadline until November 8, 2022. The purpose of the extension is to complete necessary expert depositions.

WHEREAS, the court set the Case for trial (Dkt. 51) for May 1, 2023.

WHEREAS, non-expert discovery closed on August 30, 2022.

WHEREAS, the parties exchanged expert disclosures on August 30, 2022.

1   WHEREAS, the court previously extended the Expert Discovery Cut-off to October,
2   2022. (Doc. 51)
3   WHEREAS, the plaintiff has disclosed eight retained experts and the defendants have
4   disclosed five, most of whom will be deposed.
5   WHEREAS, counsel for the defendants was in a jury trial from October 3-October 13,
6   2022.
7   WHEREAS, the parties have requested one extension of deadlines thus far.
8   WHEREAS, the parties JOINTLY request and STIPULATE TO the Court extending the
9   expert discovery cutoff to November 8, 2022, to complete expert depositions.

Respectfully submitted,

Dated:  October 19, 2022        LAW OFFICES OF JOHN BURRIS

By:   /s/ K. Chike Odiwe
JOHN L. BURRIS
BEN NISENBAUM
K. CHIKE ODIWE
Attorneys for Plaintiff
CYRUS GREENE


Respectfully submitted,

Dated:  October 19, 2022        CASTILLO MORIARTY TRAN & ROBINSON


By:   /s/ John B. Robinson
PATRICK D. MORIARTY
JOHN B. ROBINSON
Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT (erroneously sued
herein as Bay Area Rapid Transit, A Municipal
Corporation), P. CHEHAL, and T.
MATTHEWS

///

///

**[PROPOSED] ORDER**

IT IS SO ORDERED

DATED: 10/24/2022                By: _____
                                 HON. DONNA M. RYU